# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.:** 12-cv-00671-WYD-MJW | FTR - Courtroom A-502 |
| **Date:** August 29, 2012 | Courtroom Deputy, Kathy Terasaki |
| KENDRA G. MORROW, <br> HILDA P. RODRIGO, and <br> CAROLINE SARVER | Daniel Joseph Lowenberg <br> Matthew R. Osborne |
| Plaintiffs, | |
| v. | |
| BANK OF AMERICA, a national association, | No appearance |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:   11:00 a.m.**
Court calls case.  Appearances of counsel.

11:02 a.m.     Plaintiffs' witness, Kendra Morrow, sworn.

Direct examination of Ms. Morrow by Mr. Lowenberg.

11:50 a.m.     Court's examination of Ms. Morrow.

11:55 a.m.     Plaintiffs' witness, Caroline Sarver, sworn.

Direct examination of Ms. Sarver by Mr. Osborne.

12:23 p.m.     Court's examination of Ms. Sarver.

**Court in Recess:     12:35 p.m.**
**Court in Session:    1:00 p.m.**

1:01 p.m.     Plaintiffs' witness, Hilda Rodrigo, sworn.

Direct examination of Ms. Rodrigo by Mr. Osborne.

Plaintiffs' exhibits 1 thru 23 offered and received.

1:31 p.m.     Court's examination of Ms. Rodrigo.

1:39 p.m.     Closing Argument by Mr. Osborne.

**It is ORDERED:**     Motion for Default Judgment [11] is taken under advisement.

HEARING CONCLUDED..

**Court in recess:   1:45 p.m.**
Total in-court time: 2 hours 20 minutes

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or Toll Free    1-800-962-3345.