IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00671-WYD-MJW

KENDRA G. MORROW;
HILDA P. RODRIGO; and
CAROLINE SARVER,

      Plaintiff,

v.

BANK OF AMERICA, a National Association,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

      In light of the filing of the First Amended Complaint on March 21, 2013, Bank of America, N.A.'s Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) filed February 28, 2013 (ECF No. 35), which sought to dismiss the original Complaint, is **DENIED AS MOOT**.  *See Quezada v. Mink*, No. 10-cv-00879-REB-KLM, 2010 WL 5343143, at *1 (D. Colo. Dec. 21, 2010) ("The filing of an amended complaint moots a motion to dismiss directed at the superseded complaint.").

      Dated:  March 27, 2013.