IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   12-cv-00671-WYD-MJW

KENDRA G. MORROW;
HILDA P. RODRIGO; and
CAROLINE SARVER,

      Plaintiff,

v.

BANK OF AMERICA, N.A.,

      Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

      After consideration of the Stipulated Motion to Dismiss Case with Prejudice filed November 14, 2013, it is hereby

      ORDERED that the Stipulated Motion to Dismiss Case with Prejudice [ECF No. 69] filed November 14, 2013, is **GRANTED.**   All named Plaintiffs' claims against Defendant Bank of America, N.A. are **DISMISSED WITH PREJUDICE**, each party to pay its own costs and fees.

      Dated:  November 14, 2013.

                                    BY THE COURT:

                                    /s/ Wiley Y. Daniel
                                    WILEY Y. DANIEL,
                                    SENIOR UNITED STATES DISTRICT JUDGE